01-15-00766-CR



# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:03:23 AM
CHRISTOPHER A. PRINE
Clerk

August 31, 2015

SARAH V. WOOD
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TEXAS 77002

Defendant's Name:  COREY NICKERSON

Cause No:  1459622

Court.  176TH

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal Filed Date:** 08/20/2015
**Sentence Imposed Date:** 08/20/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  SARAH V  WOOD
Pauper's Oath  08/20/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC.  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     GINA BENCH (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O  Box 4651  Houston, Texas  77210-4651

Cause No. 1404004
1416652
1459622

## THE STATE OF TEXAS
V.

COREY NICKERSON , A/K/A/ _____

176th District Court / ~~County Criminal Court at Law No.~~ _____

## Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On AUGUST 20, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

FILED
Chris Daniel
District Clerk
AUG 20 2015
Time: _____
By_____
Harris County, Texas
Deputy

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

8/20/15
**Date**

X _____
**Defendant (Printed name)**

_____
**Attorney (Signature)**

RANDALL J. AYERS
**Attorney (Printed name)**

01465950
**State Bar Number**

P.O. BOX 1569, HOUSTON, TX 77251-1569
**Address**

281-493-6333
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him

☒ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

X _____
**Defendant (Signature)**

COREY NICKERSON
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON AUG 2 0 2015

By Deputy District Clerk of Harris County, Texas _____

Page 1 of 2

# ORDER

On ~~AUG 2 0 2015~~ _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☐ _____(attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set

    ☑ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED _____ AUG 2 0 2015 8/20/15 _____

_(signature)_ Stacy W. Bond

**JUDGE PRESIDING,**
**DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO** ____,
**HARRIS COUNTY, TEXAS**



Cause No. 1459622

THE STATE OF TEXAS

v.

Corey Nickerson, Defendant

IN THE 176th DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal [*or*]

☐ is a pea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒ ~~is a plea-bargain case, and the defendant has NO right of appeal [*or*]~~

☒ the defendant has waived the right of appeal

☐ this certification is made subsequent to a revocation of probation or adjudication of guilt

_____                    _____ 10/15/15
Judge                                                          Date Signed

FILED
Chris Daniel
District Clerk

JUN 15 2015

By_____
Harris County, Texas
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals TEX. R. APP P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

X _____
Defendant

Mailing Address: 6832 Reachwood St.
Houston, TX 77021

Telephone number. 713-747-2856

Fax number (if any)· _____

RANDALL J. AYERS
Defendant's Counsel

State Bar of Texas ID number: 01465956

Mailing Address: PO BOX 1569
Houston, TX 77251-1569

Telephone number: 281-493-6333

Fax number. 281-493-9609

*"A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only (A) those matters that were raised by a written motion filed

# PAUPER'S OATH ON APPEAL

CAUSE NO 1404004
1416652
1459622

THE STATE OF TEXAS

VS

COREY NICKERSON

OFFENSE **AGG. ROBBERY (x3)**

DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES **COREY NICKERSON** defendant in the above styled and numbered cause and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to (check all that apply)

☒ Appoint appellate counsel to represent him

☒ Asks the court to order that a free record be provided to him

X _____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _____ day of _____ A D . 20 ____

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY TEXAS

FILED
Chris Daniel
District Clerk

AUG 20 2015

Time: 8/20/15

By_____
Harris County, Texas

## ORDER

On **AUG 20 2015** the court conducted a hearing and found that the defendant is indigent

☒ The court orders that Attorney _____ is appointed to represent defendant/appellant on appeal

☐ Harris County Public Defender s Office (HCPD) is APPOINTED to represent defendant/appellant on appeal Assistant Public Defender Assigned by HCPD **Sarah V. Wood** Bar Card Number **24048748** SPN Number **02157299**

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant

It is further ordered that the clerk of this court mail a copy of the order to the court reporter _____ , by certified mail return receipt requested

**AUG 20 2015**

_____
JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY TEXAS

## OATH OF APPOINTED ATTORNEY ON APPEAL

I **Sarah V Wood** . Attorney at Law swear or affirm to the court that I will be solely responsible for writing a brief and representing the appellant on appeal If I am not able to perform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary

**Sarah V. Wood**
ATTORNEY (SIGNATURE)

**1201 Franklin, 13th Fl**
ADDRESS

**7133680016**
PHONE

**02157299**
SPN NUMBER

**Houston TX 77002**
CITY        STATE        ZIP

_____
FAX NUMBER

**Sarah.Wood@pdo.hctx.net**
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON **AUG 24 2015**

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

# APPEAL CARD

Court **117th**   Due: **10-19-15**   **1st**

Cause No. **1959622**

## The State of Texas

Corey Nickerson   Vs

8-20-15

**Date Notice Of Appeal:** 8-2075

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Stacey W. Bond

**Court Reporter** Gina Benen

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Randall Ayers

**Attorney on Appeal** _____

**Appointed**_____ **Hired**_____

**Offense** Agg Robbery W/ Deadly Weapon

**Jury Trial** Yes_____ No_____

**Punishment Assessed** 20 YRS TDC

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** 0.00

**Appellant Confined:** Yes_____ No_____

**Date Submitted To Appeal Section** 995

**Deputy Clerk** M RCnfou